HELENA GRAICHEN, Respondent, v. ALBERT GRAICHEN, Defendant. D. W.

* See App. Div. Rules, 2d Dept., rule 12.— [REP.

STEELE, JR., Appellant.— Motion for extension of time to perfect appeal denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.